McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 730 GLEN-MADY WAY, FOLSOM, SACRAMENTO COUNTY, CALIFORNIA, APN: 072-2280-012, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | 2:08-CV-00393-LKK-KJM<br><br>EX PARTE APPLICATION AND ORDER TO CONTINUE STATUS CONFERENCE |

　　　　The United States of America, by and through its counsel, applies ex parte for an Order to Continue the Status Conference currently set for September 22, 2008.  The reasons are as follows:

　　　　1.  The United States commenced this _in rem_ civil forfeiture action on or about February 21, 2008.  Wachovia Mortgage, FSA FKA World Savings Bank, FSB filed a timely claim and answer to the Complaint on or about March 26, 2008.  The Court's Order to Continue Dates for Notice and Joint Status Report filed June 25,

1

1  2008 set a Status Conference date of September 22, 2008, at 2:00
2  p.m.
3       2.   The United States entered into a Stipulation for Final
4  Judgment of Forfeiture with Wachovia on July 18, 2008.
5  Thereafter, on July 23, 2008, the assigned Magistrate Judge held
6  a hearing on the government's Motion for Default Judgment.  After
7  hearing, Magistrate Judge Mueller took the Default Judgment
8  Motion under submission and has yet to issue Findings and
9  Recommendations to this Court.  No other parties have appeared in
10 the action and the government's Motion for Default Judgment, if
11 granted, would resolve this case in its entirety.
12      3.  For these reasons, the government believes it is
13 premature to conduct a Status (pretrial scheduling) Conference in
14 this matter.  It therefore requests that the Court continue the
15 Status Conference in this matter for approximately sixty (60)
16 days from the date of this Order and further provide that any
17 Status Reports shall be filed not less than ten (10) calendar
18 days prior to that date.

Dated: September 11, 2008

                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Courtney J. Linn
                                COURTNEY J. LINN
                                Assistant U.S. Attorney

|   |   |
|---|---|
| 1 | ORDER |
| 2 | For good cause shown, and notwithstanding the Court's Order |
| 3 | to Continue Dates for Notice and Joint Status Report filed June |
| 4 | 25, 2008, the Status Conference in this matter is hereby |
| 5 | continued from September 22, 2008 to December 8, 2008 at 1:30 |
| 6 | p.m.  Status reports shall be filed not less than ten (10) |
| 7 | calendar days prior to that date. |
| 8 | **IT IS SO ORDERED.** |
| 9 | Dated: September 15, 2008. |

*[signature]*

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT