```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-00393-LKK-KJM |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT |
| ) | AND FINAL JUDGMENT OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 730 ) | |
| GLEN-MADY WAY, FOLSOM, ) | |
| SACRAMENTO COUNTY, CALIFORNIA,) | |
| APN: 072-2280-012, INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, United States of America, filed this *in rem* forfeiture action against the above-captioned real property under 18 U.S.C. § 981.  A full legal description of the above-captioned real property appears as <u>Attachment B</u> to this Order.

When no party appeared to contest this *in rem* forfeiture action, the government moved for a default judgment and for Final Judgment of Forfeiture.  The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(c)(3).  On November 18, 2008, the Magistrate

Judge filed Findings and Recommendations, which contained notice that any objections to the Findings and Recommendations were to be filed within 20 days. No objections have been filed.

This Court conducted a de novo review of this case pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304. After carefully reviewing the entire file, the Court determines that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 18, 2008 (attached hereto and incorporated herein as Attachment A) are ADOPTED in full. The Clerk of the Court is directed to notify West Publishing and request that this Order, and the Findings and Recommendations it adopts, be published in the Federal Supplement.

2. The United States' Motion for Default Judgment and for Final Judgment of Forfeiture is GRANTED. Subject to the Stipulation for Final Judgment of Forfeiture filed July 18, 2008, which stipulation is hereby ADOPTED, the above-captioned real property as described more fully in Attachment B hereto, is hereby forfeited to the United States of America to be disposed of as provided for by law.

IT IS SO ORDERED.

DATE: December 16, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT